LEONARD VOGEL et al., Respondents, *v.* VALENTINE F. WHITMORE et al., Appellants, Impleaded with LYMAN M. OTIS et al., Respondents.

*Vogel* v. *Whitmore*, 72 Hun, 417, affirmed.
(Argued April 29, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered October 26, 1893, which affirmed a judgment entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien, distributing the sum of $4,391.58 among the various parties to the action.

*Peter H. Van Auken* for appellants.

*Fred. E. Drake* for respondents Otis and Moody.

Judgment affirmed, with costs on opinion below.
All concur, except HAIGHT, J., not sitting.